**United States District Court**
For the Northern District of California

*E-FILED 10/5/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SADO LABTIS,

        Plaintiff,

  v.

HENRY M. PAULSON, JR, et al.,

        Defendants.
_____/

No. C 07-03333 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for October 10, 2007 at 2:30 p.m. has been continued to **November 28, 2007 at 2:30 p.m.** Other deadlines in the Order Setting Initial Case Management Conference dated June 25, 2007 are continued accordingly.

Dated: October 5, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
       Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS MAILED TO:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Dated:  October 5, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California

2