**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

October 9, 2007

RE:  CV 07-03333 RS          SADO LABTIS-v- HENRY M. PAULSON JR.

Default is declined as to defendant Henry M. Paulson on October 9, 2007.

RICHARD W. WIEKING, Clerk

by:  Betty Walton
Case Systems Administrator