*E-FILED 10/10/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

SADO LABTIS,

        Plaintiff,

   v.

HENRY M. PAULSON, JR., Secretary of the Treasury

        Defendant.

Case No. C 07-03333 RS

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**

    Plaintiff has filed this employment discrimination action under Title VII and moves for appointment of counsel. Appointment of counsel under Title VII is governed by 42 U.S.C. § 2000e-5(f)(1) and requires an assessment of three factors: "(1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel on his or her own; and (3) the merit of the plaintiff's claim." *Johnson v. Dept. of the Treasury*, 939 F.2d 820, 824 (9th Cir. 1991)

    Here, plaintiff has not demonstrated that she is entitled to appointment of counsel at public expense. To begin with, plaintiff has provided insufficient information regarding her income to permit a proper evaluation of her financial resources. It appears, however, that plaintiff has significant, if modest, assets. Even assuming, though, that plaintiff's financial condition precludes

her from obtaining counsel and that her efforts to do were sufficient, the record is undeveloped, and the Complaint does not contain significant indications of potential merit. Accordingly, plaintiff's application for appointment of counsel is DENIED without prejudice. Plaintiff is advised that she must serve her pleadings in this action upon the United States Attorney before this matter can proceed.

IT IS SO ORDERED.

DATED: 10/9/07

RICHARD SEEBORG
United States Magistrate Judge

Case 5:07-cv-03333-RS     Document 11     Filed 10/10/2007     Page 3 of 3

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Dated: October 10, 2007

/s/ BAK
_____
Chambers of Magistrate Judge Richard Seeborg

3