FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2007 NOV 1  P 4: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

| | | |
|---|---|---|
| SADO LABTIS, Plaintiff | ) | Case No. C 07 3333 RS |
| | ) | |
| V. | ) | |
| | ) | |
| HENRY M. PAULSON, JR., Defendant | ) | AMENDMENT TO CAPTION |
| Secretary | ) | CASE NUMBER ON COMPLAINT |
| Department of the Treasury | ) | AND ADDENDUM |

Dear Judge Seeborg :

This is to reflect the correct case number for the Complaint and Addendum which was filed originally on June 25, 2007 .

I apologize profusely for the oversight in submitting an incomplete caption case number in the original file of the complaint and the addendum to the complaint, and for any inconvenience this may have caused.

Your immediate attention and consideration in this matter is highly appreciated.

Respectfully submitted,

*Marilyn Sado Labtis*
Marilyn Sado Labtis

CERTIFICATE OF SERVICE

I certify that the attached document : Copy of the Amendment to the Caption Case Number on the Original Complaint and Addendum , Correct Case No. C 07 3333 RS, was sent by mail unless otherwise indicated below, this day to the following:

U.S. District Court
Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113


Henry M. Paulson Jr.
Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington D. C. 20220


U.S. Attorney General's Office
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001


The Office of the United States Attorney
Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102


*Marilyn Sado Labtin*
10/31/07