# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
DEC 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**SUMMONS IN A CIVIL CASE**

SADO LABTIS

CASE NUMBER: C 07-3333 RS

v. HENRY M. PAULSON, JR
SECRETARY
DEPARTMENT of the TREASURY

TO: (Name and address of defendant)

HENRY M PAULSON, JR
SECRETARY, DEPARTMENT of the TREASURY
1500 Pennsylvania Ave NW
Washington D.C. 20220

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. SADO LABTIS
P.O. Box 2736
Cupertino, CA 95015-2736

an answer to the complaint which is herewith served upon you, within 120 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-29-07

(BY) DEPUTY CLERK
Sandy Morris

Rec'd by Mimi Lam
12/11/07

ADDENDUM to Complaint Filed 6-25-07,U.S. District Court, Dated . 8-17-07,
Sado Labtis P. O. Box 2736, Cupertino, CA. 95015
Pg 1 of 13

## ADDENDUM TO INITIAL COMPLAINT FILED JUNE 25, 2007
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADO LABTIS, Plaintiff ) | |
| ) | |
| V. ) | * CASE NO. C 07 3333 RS |
| ) | |
| HENRY M. PAULSON, Jr. Defendant ) | EMPLOYMENT DISCRIMINATION |
| Secretary ) | COMPLAINT- ADA |
| Department of the Treasury ) | |
| ) | |

STATEMENT OF COMPLAINTS:

I-A   NATURE OF THE ACTION

This is an action under Title I of the Americans With Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to make whole Sado Labtis. Defendants discharged complainant, a qualified individual with chronic low back strain(disc herniation), resulting from compensated federal work injury, from her position as Tax Specialist, because of the disability, Ex 2,3 and Ex 4. Further, Ex 1 - 14 pages, show reinstatement recommendations from U.S. Department of Labor and Chief of Worker's Compensation with corresponding Certified Medical recommendation, which were not followed by the Agency, despite a timely EEO complaint Ex 3 (2 pages), as confirmed by EEOC' s final decision in conjunction with AJ' s final order).

---

* Amended Case Number to the Initial Complaint filed 6/25/2007 & Addendum. All complaints with all its content, attachments and exhibits remain in place.

CERTIFICATE OF SERVICE

I certify that the attached document : Addendum to Initial Complaint Filed on June 25, 2007 with the certification that all the Complaints with all its content, attachments and exhibits remain in place with the Amended Case Number C 07 3333 RS , was sent by mail unless otherwise indicated below.

Further, attached proof of service to the same Original Complaint with all its content, attachments and exhibits was served to the following address: The Office of the U.S. Attorney, Civil Process Clerk, 450 Golden Gate Ave. Box 36055, San Francisco, CA. 94102.

U.S. District Court
Northern District of California
280 South 1st Street, Room 2112
San Jose, CA  95113

Henry M. Paulson Jr.
Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington D. C. 20220

Attorney General Michael Mucasey
U.S. Attorney General's Office
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Date Signed: 12/6/2007

_____
M. Sado Labtis
(415) 297-1708

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): F B DACO
C. Date of Delivery: 10/17/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

The Office of the United States Attorney
Civil Process Clerk
450 Golden Gate Ave
Box 36055
San Francisco, CA 94102

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0001 9098 8328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I certify that the attached documents : Copy of the Summons, Initial Complaint and Addendum, Amended Case No. C 07 3333 RS including attachments and exhibits were delivered to the district office in which the action is brought and the office of the Assistant United States Attorney unless otherwise indicated below.

Claire T. Cormier
Assistant United States Attorney
U. S. Department of Justice
Northern District of California
150 Almaden Blvd.
Suite 900
San Jose, CA 95113-2009

12/6/2007
DATE SIGNED

M. SADO LABTIS

ADDENDUM to Complaint Filed 6-25-07,U.S. District Court, Dated . 8-17-07,
Sado Labtis  P. O. Box 2736, Cupertino, CA. 95015
Pg 1 of 13

ADDENDUM  TO INITIAL COMPLAINT FILED JUNE 25, 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADO  LABTIS, Plaintiff                ) | |
| ) | |
| V.                                                      ) | * CASE NO. C 07 3333 RS |
| ) | |
| HENRY M. PAULSON, Jr. Defendant  ) | EMPLOYMENT DISCRIMINATION |
| Secretary                                           ) | COMPLAINT- ADA |
| Department of the Treasury            ) | |
| _____) | |

STATEMENT OF COMPLAINTS:

I-A   NATURE OF THE ACTION

This is an action under Title I of the Americans With Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to make whole Sado Labtis. Defendants discharged complainant, a qualified individual with  chronic low back strain(disc herniation), resulting from compensated federal work injury, from her position as Tax Specialist, because of the disability, Ex 2,3 and Ex 4. Further, Ex 1 - 14 pages, show reinstatement recommendations  from U.S. Department of Labor and Chief of Worker's Compensation with corresponding Certified Medical recommendation, which were not followed by the Agency, despite a timely EEO complaint Ex 3 (2  pages) , as confirmed by  EEOC' s final  decision in conjunction with AJ' s final order).

---

* Amended Case Number to the Initial Complaint filed 6/25/2007 & Addendum. All complaints with all its content,  attachments and exhibits remain  in place.

CERTIFICATE OF SERVICE

I certify that the attached document : Addendum to Initial Complaint Filed on June 25, 2007 with the certification that all the Complaints with all its content, attachments and exhibits remain in place with the Amended Case Number C 07 3333 RS , was sent by mail unless otherwise indicated below.

Further, attached proof of service to the same Original Complaint with all its content, attachments and exhibits was served to the following address: The Office of the U.S. Attorney, Civil Process Clerk, 450 Golden Gate Ave. Box 36055, San Francisco, CA. 94102.

U.S. District Court
Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113

Henry M. Paulson Jr.
Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington D. C. 20220

Attorney General Michael Mucasey
U.S. Attorney General's Office
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Date Signed: 12/6/2007

M. Sado Labtis
(415) 297-1708

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  F B DACO<br>C. Date of Delivery 10/17/07 |
| 1. Article Addressed to:<br><br>The Office of the United States Attorney<br>Civil Process Clerk<br>450 Golden Gate Ave<br>Box 36055<br>San Francisco, CA 94102 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0001 9098 8328 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## CERTIFICATE OF SERVICE

I certify that the attached documents : Copy of the Summons, Initial Complaint and Addendum, Amended Case No. C 07 3333 RS including attachments and exhibits were delivered to the district office in which the action is brought and the office of the Assistant United States Attorney unless otherwise indicated below.

Claire T. Cormier
Assistant United States Attorney
U. S. Department of Justice
Northern District of California
150 Almaden Blvd.
Suite 900
San Jose, CA 95113-2009

12/6/2007
DATE SIGNED

M. SADO LABTIS