JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Specially appearing for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis, | Case No. C 07-3333 RS |
|     Plaintiff, | **ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; DECLARATION OF CLAIRE T. CORMIER** |
| v. | |
| Henry M. Paulson, Jr., Secretary, Department of the Treasury, | |
|     Defendant. | |

    Pursuant to Civil L.R. 7-11, defendant specially appears to bring this motion for administrative relief seeking a continuance of the initial case management conference and related deadlines.

    Pursuant to the October 5, 2007 order of the Court, this case was scheduled for an initial case management conference on November 28, 2007. On October 10, 2007, counsel for defendants sent plaintiff a letter advising plaintiff that she had not yet properly served the defendants. The letter also provided information on how to effect service, though it did not specifically mention Rule 4(c) of the Federal Rules of Civil Procedure.[1] Upon request of the defendants, the Court continued the case management conference to January 30, 2008.

---

[1] The factual matters stated herein are supported by the accompanying declaration of Claire T. Cormier or the Court's records.

On December 6, 2007, after noticing that plaintiff had apparently served the summons and complaint herself, defendants' counsel sent another letter to plaintiff advising her of the requirements of Rule 4(c), specifically that service must be accomplished by someone who is not a party to the action. As of this writing, defendant's counsel is not aware that service has been perfected.

Accordingly, in order to allow time for defendant to respond to the complaint after service, defendant respectfully requests that the case management conference and related dates and deadlines be continued approximately 60-90 days.

Respectfully submitted,

DATED: January 10, 2008        JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CLAIRE T. CORMIER
Assistant United States Attorney

### DECLARATION OF CLAIRE T. CORMIER

I, Claire T. Cormier, declare as follows:

1. I am an attorney in good standing with the bar of this Court. Though defendant has not yet appeared in this case, it is anticipated that I will be representing defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury. This declaration is made in support of defendant's Administrative Motion to Continue Case Management Conference and Related Deadlines, in accordance with Civil Local Rule 7-11.

2. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

3. On October 10, 2007, I sent plaintiff a letter advising her that she had not yet properly served the federal defendant, and providing her with information regarding how to serve the defendant. The letter also advised her that Rule l2(a)(3)(A) and (B), Federal Rules of Civil Procedure, allows the United States or its officers or agencies 60 days after service upon the U.S. Attorney to file an answer or other response to a complaint. The letter did not specifically

**Case No. C07-3333 RS**
**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  mention the requirements of Rule 4(c) of the Federal Rules of Civil Procedure.

2      4.  On December 6, 2007, after noticing that plaintiff had apparently served the summons and complaint herself, I sent another letter to plaintiff advising her of the requirements of Rule 4(c), specifically that service must be accomplished by someone who is not a party to the action.  As of this writing, defendant's counsel is not aware that service has been perfected.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 10, 2008, at San Jose, California.

                                                  /s/
                                     Claire T. Cormier

**Case No. C07-3333 RS**
**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; DECLARATION OF CLAIRE T. CORMIER; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)**

____    **FACSIMILE (FAX)**  Telephone No.:_____

to the party addressed as follows:

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2008, at San Jose, California.

_____/s/_____
Claire T. Cormier

**Case No. C07-3333 RS**
**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**