1 JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
4
5    150 Almaden Blvd., Suite 900
San Jose, California 95113
6 Telephone: (408) 535-5082
FAX: (408) 535-5081
7 Claire.Cormier@usdoj.gov

8 Specially appearing for Defendant
Henry M. Paulson, Jr.,
9 Secretary, Department of the Treasury

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 Sado Labtis,                       )    Case No. C 07-3333 RS
                                      )
14         Plaintiff,                 )    **ADMINISTRATIVE MOTION TO**
                                      )    **CONTINUE CASE MANAGEMENT**
15    v.                              )    **CONFERENCE AND RELATED**
                                      )    **DEADLINES; DECLARATION OF**
16                                    )    **CLAIRE T. CORMIER**
Henry M. Paulson, Jr., Secretary,    )
17 Department of the Treasury,        )
                                      )
18         Defendant.                 )
   _____)
19

20         Pursuant to Civil L.R. 7-11, defendant specially appears to bring this motion for

21 administrative relief seeking a continuance of the initial case management conference and related

22 deadlines.

23         Pursuant to the October 5, 2007 order of the Court, this case was scheduled for an initial

24 case management conference on November 28, 2007.  On October 10, 2007, counsel for

25 defendants sent plaintiff a letter advising plaintiff that she had not yet properly served the

26 defendants.  The letter also provided information on how to effect service, though it did not

27 specifically mention Rule 4(c) of the Federal Rules of Civil Procedure.[1]  Upon request of the

28 defendants, the Court continued the case management conference to January 30, 2008.

_____

[1] The factual matters stated herein are supported by the accompanying declaration of
Claire T. Cormier or the Court's records.

1   On December 6, 2007, after noticing that plaintiff had apparently served the summons

2   and complaint herself, defendants' counsel sent another letter to plaintiff advising her of the

3   requirements of Rule 4(c), specifically that service must be accomplished by someone who is not

4   a party to the action.  Defendant then requested a further continuance of the case management

5   conference, which was granted.  It is currently scheduled for April 2, 2008.

6   Defendant has since received what appears to be proper service of the Summons and

7   Complaint.  Defendant's response to the complaint is currently due April 14, 2008.

8   Accordingly, in order to allow time for defendant to respond to the complaint prior to

9   engaging in case management activities, defendant respectfully requests that the case

10  management conference and related dates and deadlines be continued approximately an

11  additional 45 days, scheduling the case management conference for May 14, 2008.

12                                      Respectfully submitted,

13  DATED: March 11, 2008              JOSEPH P. RUSSONIELLO
                                       United States Attorney
14

15                              _____
                                         /s/
16                                  CLAIRE T. CORMIER
                                    Assistant United States Attorney
17

18                    **DECLARATION OF CLAIRE T. CORMIER**

19  I, Claire T. Cormier, declare as follows:

20  1.  I am an attorney in good standing with the bar of this Court.  Though defendant has not

21  yet appeared in this case, it is anticipated that I will be representing defendant Henry M. Paulson,

22  Jr., Secretary, Department of the Treasury.  This declaration is made in support of defendant's

23  Administrative Motion to Continue Case Management Conference and Related Deadlines, in

24  accordance with Civil Local Rule 7-11.

25  2.  The matters stated in this declaration are true of my own knowledge and, if necessary, I

26  could and would competently testify to them.

27  3.  On October 10, 2007, I sent plaintiff a letter advising her that she had not yet properly

28  served the federal defendant, and providing her with information regarding how to serve the

1  defendant.  The letter also advised her that Rule l2(a)(3)(A) and (B), Federal Rules of Civil

2  Procedure, allows the United States or its officers or agencies 60 days after service upon the U.S.

3  Attorney to file an answer or other response to a complaint.  The letter did not specifically

4  mention the requirements of Rule 4(c) of the Federal Rules of Civil Procedure.

5      4.  On December 6, 2007, after noticing that plaintiff had apparently served the summons and

6  complaint herself, I sent another letter to plaintiff advising her of the requirements of Rule 4(c),

7  specifically that service must be accomplished by someone who is not a party to the action.  I

8  have since received what appears to be proper service of the Summons and Complaint.  I have

9  calculated the response deadline as April 14, 2008.

10     I declare under penalty of perjury that the foregoing is true and correct.

11     Executed on March 11, 2008, at San Jose, California.

12

13

14                                 _____/s/_____
                                   Claire T. Cormier

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <center>**CERTIFICATE OF SERVICE**</center>

2        The undersigned hereby certifies that she is an employee of the Office of the United States

3    Attorney for the Northern District of California and is a person of such age and discretion to be

4    competent to serve papers.  The undersigned further certifies that she is causing a copy of the

5    following:

6    **ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
     AND RELATED DEADLINES; DECLARATION OF CLAIRE T. CORMIER;**

7    **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
     RELATED DEADLINES**

8    to be served this date upon the party in this action by placing a true copy thereof in a sealed

9    envelope, and served as follows:

10   √           **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully
     prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

11

     ____      **PERSONAL SERVICE (BY MESSENGER)**

12
     ____      **FACSIMILE (FAX)**  Telephone No.:_____

13   to the party addressed as follows:

14

15   Sado Labtis
     P. O. Box 2736
16   Cupertino, CA 95015

17       I declare under penalty of perjury under the laws of the United States of America that the

     foregoing is true and correct.

18
         Executed this 11th day of March, 2008, at San Jose, California.

19

20

21   _____/s/_____
            Claire T. Cormier

22

23

24

25

26

27

28

**Case No. C07-3333 RS**
**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**