**Filed**

MAR 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SADO LABTIS

    Plaintiff(s),

v.

PAULSON

    Defendant(s).

No. C 07-03333 RS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 3/8/2008

_____
Signature

Counsel for "pro se"
(Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sado Labtis

                Plaintiff(s),

   v.

Paulson

                Defendant(s).
_____/

Case No. C 07 - 03333 RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/8/2008

                                                                */s/ M. Sado Labtis*
                                                                 [Party]

Dated: 3/8/2008

                                                                  M. SADO LABTIS, Pro Se
                                                                 [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

CERTIFICATE OF SERVICE

I certify that the attached documents : Consent To Proceed Before A United States Magistrate Judge and ADR Certification were sent by mail to the district office in which the action is brought and as follows unless otherwise indicated below.

U.S. District Court
Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113

Henry M. Paulson Jr.
Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington D. C. 20220

Attorney General Michael Mucasey
U.S. Attorney General's Office
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Claire T. Cormier
Assistant United States Attorney
U. S. Department of Justice
Northern District of California
150 Almaden Blvd.
Suite 900
San Jose, CA 95113-2009

March 8, 2008

M. Pumphrey  *M. P.*