JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Specially appearing for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis, | Case No. C 07-3333 RS |
|    Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| Henry M. Paulson, Jr., Secretary, Department of the Treasury, | |
|    Defendant. | |

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Federal Defendant hereby voluntarily consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

                                        Respectfully submitted,

DATED: April 14, 2008          JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                        _____/s/_____
                                          CLAIRE T. CORMIER
                                      Assistant United States Attorney

**Case No. C07-3333 RS**
**CONSENT TO MAGISTRATE**

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

   √     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

          **PERSONAL SERVICE (BY MESSENGER)**

          **FACSIMILE (FAX)**  Telephone No.:_____

to the party addressed as follows:

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of April, 2008, at San Jose, California.


_____/s/_____
Claire T. Cormier

Case No. C07-3333 RS
CONSENT TO MAGISTRATE