JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis,<br><br>   Plaintiff,<br><br>v.<br><br>Henry M. Paulson, Jr., Secretary, Department of the Treasury,<br><br>   Defendant. | Case No. C 07-3333 RS<br><br>**AMENDED NOTICE OF DEFENDANT'S MOTION TO DISMISS**<br><br>DATE: June 18, 2008<br>TIME: 9:30 a.m.<br>COURTROOM 4, 5th Floor<br>Honorable Richard Seeborg |

     PLEASE TAKE NOTICE that defendant's motion to dismiss, previously noticed for hearing on Wednesday, May 28, 2008, will instead be heard on Wednesday, June 18, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 4, 5th Floor, 280 South First Street, San Jose, California, the Hon. Richard Seeborg presiding.

                                                 Respectfully submitted,

DATED: May 2, 2008                 JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Claire T. Cormier
                                          _____
                                          CLAIRE T. CORMIER
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**AMENDED NOTICE OF DEFENDANT'S MOTION TO DISMISS**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **PERSONAL SERVICE (BY MESSENGER)**

___    **FACSIMILE (FAX)**  Telephone No.:_____

√    **ELECTRONIC MAIL** to MarilynSL@aol.com

to the party addressed as follows:

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May, 2008, at San Jose, California.

/s/ Claire T. Cormier
_____
Claire T. Cormier

Case No. C07-3333 RS
AMENDED NOTICE OF MOTION TO DISMISS    2