JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Specially appearing for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis, | Case No. C 07-3333 RS |
|     Plaintiff, | **ADR CERTIFICATION AND NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE** |
| v. | |
| Henry M. Paulson, Jr., Secretary, Department of the Treasury, | |
|     Defendant. | |

   The parties agree that this case is suitable for a settlement conference with a Magistrate Judge. Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference. The Initial Case Management Conference is currently scheduled for May 14, 2008.

   The parties will be represented by the following at the ADR phone conference**:**

| Name | Party Representing | Phone No. | FAX No. |
|---|---|---|---|
| Claire T. Cormier | Defendants | (408) 535-5082 | (408) 535-5081 |
| Sado Labtis | Plaintiff | (415) 297-1708 | |

The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Defendants' counsel shall advise plaintiff of the date and time of the phone conference. Defendants' counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5 (d).

For court use only: ADR Phone Conference Date:_____ Time: _____AM/PM

For scheduling concerns, call (415) 522-2199.

Date: _____                    _____
                                                               ADR Case Administrator

## ADR CERTIFICATION

Pursuant to Civ. L.R. 16 and ADR 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Respectfully submitted,

DATED: May 2, 2008                         JOSEPH P. RUSSONIELLO
                                                               United States Attorney

                                                               /s/ Claire T. Cormier
                                                               _____
                                                               CLAIRE T. CORMIER
                                                               Assistant United States Attorney

DATED: April ___, 2008

                                                               _____
                                                               SADO LABTIS
                                                               Plaintiff In Pro Per