The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Defendants' counsel shall advise plaintiff of the date and time of the phone conference. Defendants' counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5 (d).

For court use only:  ADR Phone Conference Date:_____   Time: _____ AM/PM

For scheduling concerns, call (415) 522-2199.

Date: _____                    _____
                                          ADR Case Administrator

## ADR CERTIFICATION

Pursuant to Civ. L.R. 16 and ADR 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

                                          Respectfully submitted,

DATED: April ___, 2008                    JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____
                                          CLAIRE T. CORMIER
                                          Assistant United States Attorney

DATED: April 26, 2008

                                          _____
                                          SADO LABTIS
                                          Plaintiff In Pro Per