**\*E-FILED\***
**May 2, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SADO LABTIS,

    Plaintiff,

v.

HENRY M. PAULSON, Secretary of the Department of the Treasury,

    Defendant.
_____/

No. C 07-03333 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for May 14, 2008 at 2:30 p.m. has been continued to **May 21, 2008 at 2:30 p.m.**

Dated: May 2, 2008

                                            For the Court,
                                            RICHARD W. WEIKING, Clerk

                                            By:    /s/ Martha Parker Brown
                                                         Courtroom Deputy Clerk

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

2  Claire T. Cormier    claire.cormier@usdoj.gov

3  **AND A COPY WAS MAILED TO:**

4  Sado Labtis
   236 B East Red Oak Drive
5  Sunnyvale, CA 94086

6  Sado Labtis
   P. O. Box 2736
7  Cupertino, CA 95015