JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Specially appearing for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis, | Case No. C 07-3333 RS |
|    Plaintiff, | **ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; DECLARATION OF CLAIRE T. CORMIER** |
| v. | |
| Henry M. Paulson, Jr., Secretary, Department of the Treasury, | |
|    Defendant. | |

     Pursuant to Civil L.R. 7-11, defendant brings this motion for administrative relief seeking a continuance of the initial case management conference and related deadlines. Plaintiff has advised that she does not oppose this motion.

     Pursuant to the October 5, 2007 order of the Court, this case was scheduled for an initial case management conference on November 28, 2007. Due to service issues, the case management conference has been rescheduled multiple times. It currently is scheduled to take place on May 21, 2008.

//

//

Defendant has filed a motion to dismiss, which is scheduled for hearing on June 18, 2008 at 9:30 a.m. Accordingly, defendant requests, with plaintiff's concurrence, that the case management conference be continued to that date so that the motion hearing and case management conference can take place at the same time.

                                    Respectfully submitted,

DATED: May 5, 2008                  JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       _____/s/_____
                                       CLAIRE T. CORMIER
                                       Assistant United States Attorney

## DECLARATION OF CLAIRE T. CORMIER

I, Claire T. Cormier, declare as follows:

1. I am an attorney in good standing with the bar of this Court. I represent defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury. This declaration is made in support of defendant's Administrative Motion to Continue Case Management Conference and Related Deadlines, in accordance with Civil Local Rule 7-11.

2. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

3. I have previously submitted three administrative motions in this case requesting continuances of the initial case management conference. These were primarily due to issues relating to proper service of the summons and complaint. Pursuant to the most recent motion, the case management conference was continued to May 14, 2008. The Court then continued it to May 21, 2008.

4. I filed a motion to dismiss on behalf of the defendant. I originally scheduled it for hearing on May 28, 2008, but, at plaintiff's request, rescheduled it to June 18, 2008. I asked plaintiff if she agreed that I should ask the Court to reschedule the case management conference to coincide with the motion hearing, and she indicated that she agreed. I advised her that I would submit a request to the Court rescheduling the case management conference accordingly.

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed on May 5, 2008, at San Jose, California.
3
4
                                            _____/s/_____
5                                           Claire T. Cormier
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Case No. C07-3333 RS**
**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; DECLARATION OF CLAIRE T. CORMIER; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **PERSONAL SERVICE (BY MESSENGER)**

___   **FACSIMILE (FAX)**  Telephone No.:_____

to the party addressed as follows:

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of May, 2008, at San Jose, California.

_____/s/_____
Claire T. Cormier

**Case No. C07-3333 RS**
**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**