JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Specially appearing for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis,<br><br>    Plaintiff,<br><br>  v.<br><br>Henry M. Paulson, Jr., Secretary,<br>Department of the Treasury,<br><br>    Defendant. | Case No. C 07-3333 RS<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

    Pursuant to the administrative motion filed by defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury, and good cause appearing, IT IS HEREBY ORDERED that the currently ordered schedule for the initial case management conference and related deadlines for this case is VACATED. The initial case management conference is hereby continued to June 18, 2008 at 9:30 a.m., concurrent with the hearing on defendant's motion to dismiss. Other deadlines in the Order Setting Initial Case Management Conference dated June 25, 2007 are continued accordingly.

    IT IS SO ORDERED.

DATED: _____, 2008    _____
                                            RICHARD SEEBORG
                                            UNITED STATES MAGISTRATE JUDGE