JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis, <br><br>     Plaintiff, <br><br>   v. <br><br> Henry M. Paulson, Jr., Secretary, Department of the Treasury, <br><br>     Defendant. | Case No. C 07-3333 RS <br><br> **DEFENDANT'S CASE MANAGEMENT STATEMENT** <br><br> DATE: June 18, 2008 <br> TIME: 9:30 a.m. <br> COURTROOM 4, 5th Floor <br> Honorable Richard Seeborg |

    Defendant submits the following case management conference statement pursuant to Civil Local Rule 16-9. Defendant notes that his motion to dismiss is currently pending. Defendant reserves the right to identify additional or different issues after the Court's determination of that motion.

    **1.    Jurisdiction and Service.**

    There are no counterclaims and no issues exist as to personal jurisdiction or venue. Defendant has filed a motion to dismiss, so no answer has yet been filed

//

**Case No. C07-3333 RS**
**DEFENDANT'S CASE MANAGEMENT STATEMENT**
1

**2.    Facts**

This is an employment discrimination case. Plaintiff alleges that she was hired by the Internal Revenue Service as a Tax Specialist on or about October 15, 2002. In June of 2003, she was injured at work, shortly after having received an unsuccessful performance review. On September 19, 2003, while on medical leave due to her work-related injury, she was terminated. Plaintiff claims that her termination was discriminatory.

**3.    Legal Issues**

Defendant's pending motion to dismiss describes some of the legal issues in this case. Other legal issues will be determined after the pleadings are settled.

**4.    Motions**

Defendant's motion to dismiss is pending. Defendant also anticipates filing a motion for summary judgment after the pleadings are settled and after some initial discovery.

**5.    Amendment of Pleadings**

Defendant has requested that plaintiff be required to file an amended complaint limited to claims under Title VII and possibly the Rehabilitation Act.

**6.    Evidence Preservation**

Defendant has taken steps to preserve relevant evidence. The parties are unaware at this time of any document destruction program or of erasures of any electronically recorded material relevant to the issues herein.

**7.    Disclosures**

Defendant proposes that initial disclosures be delayed until after a decision on defendant's motion to dismiss so that the parties can determine what issues will remain in the case.

**8.    Discovery**

At this time, defendant believes that discovery should follow the restrictions stated in the Federal Rules of Civil Procedure. Defendant anticipates propounding written discovery, including document requests, as well as taking various depositions, including plaintiff. If the

case proceeds past the summary judgment motion stage, defendant may hire experts on a variety of subjects, possibly including a medical issues and economic damages.

### 9. Class Actions

This case is not a class action.

### 10. Related Cases

Defendant is not aware of any related cases.

### 11. Relief

Defendant defers to plaintiff for a description of the relief plaintiff is seeking.

### 12. Settlement and ADR

Defendant believes that any ADR proceeding is likely to be more useful after some reasonable opportunity for discovery and defendant's anticipated summary judgment motion. . However, at the appropriate time, defendant is agreeable to a settlement conference with a Magistrate Judge.

### 13. Consent to Magistrate Judge for All Purposes

Defendant has consented to proceedings before a magistrate judge.

### 14. Other References

The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

### 15. Narrowing of Issues

Defendant anticipates that the issues in this case will be narrowed (and possibly eliminated) by defendant's motion to dismiss, followed by a motion for summary judgment.

### 16. Expedited Schedule

The parties do not request an expedited schedule.

### 17. Scheduling

Defendant has requested that plaintiff be required to file an amended complaint on limited issues. Defendant proposes that the Court conduct another case management conference following the filing of the amended complaint and the resulting answer or motion, at which time the remainder of the case schedule can be set.

Case No. C07-3333 RS
**DEFENDANT'S CASE MANAGEMENT STATEMENT**

**18.    Trial**

Defendant will advise regarding an estimated length of trial after a determination on defendant's motion to dismiss, however, it is likely that the trial will take approximately 2-4 court days.

**19.    Disclosure of Non–party Interested Entities or Persons**

While the parties have not filed a "Certification of Interested Entities or Persons," defendant is not aware of any nonparties with a financial interest in this action, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

**20.    Other Matters**

At this time, defendant is not aware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

Respectfully submitted,

DATED: June 12, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S CASE MANAGEMENT STATEMENT**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **PERSONAL SERVICE (BY MESSENGER)**

___  **FACSIMILE (FAX)**  Telephone No.:_____

√  **ELECTRONIC MAIL** to MarilynSL@aol.com

to the party addressed as follows:

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June, 2008, at San Jose, California.

/s/ Claire T. Cormier
_____
Claire T. Cormier

Case No. C07-3333 RS
**DEFENDANT'S CASE MANAGEMENT STATEMENT**
5