UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| Sado Labtis, | Case No. 07-3333 RS |
|  | PLAINTIFF'S CASE MANAGEMENT STATEMENT |
| Plaintiff, | Date: June 18, 2008 |
| v. | Time: 9:30 a.m. |
|  | COURTROOM 4, 5th Floor |
| Henry M Paulson, Jr., Secretary, Department of the Treasury, | Honorable Richard Seeborg |
| Defendant. |  |

Plaintiff submits the following case management conference statement pursuant to Civil Local Rule 16-9. The plaintiff notes that motion to oppose dismissal of applicable claims in answer to defendant's recent reply remains, while the court's determination on defendant's motion is pending. Plaintiff reserves the right to identify additional or different issues after the Court's determination of that motion.

1. Jurisdiction and Service

There are no counterclaims and no issues exist as to personal jurisdiction or venue.

2. Facts

This is an employment discrimination case. Plaintiff was hired by the Internal Revenue Service as a Tax Specialist on or about October 15, 2002. On or about the week of 6/3/2003, plaintiff was injured at work from heavy lifting of VITA computers assigned

by T. Armendariz, which is before the issuance of alleged unsuccessful performace report. And on or about 6/23/2003, plaintiff suffered another incident of work injury while plaintiff was being subjected to a hostile work environment. Please note the occurrence of work injury transpired way before the alleged issue of unsuccessful performance report on or about 6/13/2003. On September 19, 2003, while on medical leave due to Plaintiff's work-related injury, termination was made effective. Plaintiff claims that there was failure to provide reasonable accommodation for disabling physical condition, hostility, retaliation and discrimination and that termination is discriminatory.

3.   Legal Issues

Plaintiff's pending motion in opposition to dismiss describes some of the legal issues in this case.

4   Motions

Plaintiff's motion in opposition to dismiss remains, pending the Court's determination on the defendant's reply, motion to dismiss. Plaintiff maintains opposition to dismissal (in answer to defendant's reply), while the Court's determination is pending.

5   Amendment of Pleadings

Plaintiff has filed the applicable complaints on Title VII and the Rehabilitation Act.

6.   Evidence Preservation

Plaintiff has taken steps to preserve relevant evidence. The parties are unaware at this time of any document destruction program or of erasures of any electronically recorded material relevant to the issues herein.

7. **Disclosures**

Plaintiff accepts the proposal that initial disclosures be delayed until after a decision on the motions so that the parties can determine what issues will remain in the case.

8. **Discovery**

With all due respect, during this difficult times, Plaintiff believes tremendous loss has been endured for a prolonged period of time: financial, emotional distress and physically disabling low-back condition above-all for all that this case has brought. Facts of the case have been investigated including plaintiff's affidavit. Plaintiff proposes to the Court and the Defendant that an Officer of the Court should then be assigned( as originally requested) to assist the Plaintiff, if the case requires further depositions before settlement.

9. **Class Actions.**

This case is not a class action.

10. **Related Cases**

Plaintiff is not aware of any related cases.

11. **Relief**

As stated in the original complaint, addendum and motions that have been submitted by the plaintiff.

12. **Settlement and ADR**

Plaintiff is agreeable to a settlement conference with a Magistrate Judge.

13. **Consent to Magistrate Judge for all Purposes**

Plaintiff has consented to proceedings before a magistrate judge.

14. **Other References**

Plaintiff defers to Defendant and the Court for what is appropriate.

15. **Narrowing of Issues**

Plaintiff anticipates that the issues could possibly be narrowed in this case, but not to dismiss Title VII and the Rehabilitation Act, particularly the issue on Medical Coverage and the need for continued rehabilitation on a federal compensable injury. Plaintiff notes that the U.S. Department of Labor terminated all benefits with the understanding that Plaintiff should have been reinstated with compensation and health coverage in order to continue the rehabilitation process for a federal compensable injury.

16. **Expedited Schedule**

Plaintiff defers to Defendant and the Court on what is appropriate to the settlement of the case.

17. **Scheduling**

Plaintiff has already narrowed down the issues to reflect amended complaint on limited issues with the response motion submitted by the Plaintiff. This is confirmed by the Defendant in the recent reply pending the Court's determination,

18. **Trial**

Plaintiff proposes the least number of court days to settle the case and minimize costs.

19. **Disclosure of Non-party Interested Entities or Persons**

While the parties have not filed a " Certification of Interested Entities or Persons, " Plaintiff is not aware of any nonparties with a financial interest in this action, or any

other kind of interest that could be substantially affected by the outcome of the proceeding.

20. **Other Matters**

At this time, plaintiff is not aware of any other matters that may hinder to facilitate the just, speedy and inexpensive disposition of this matter. To facilitate the settlement of the case, plaintiff is open to the possibility of having an attorney to be assigned to assist in the technical aspect of legal proceedings during a hearing in court or in a deposition as appropriate.

DATED: June 12, 2008                    Respectfully submitted,

                                        /s/ M. Sado Labtis

                                        _____

                                        M. Sado Labtis

CERTIFICATE OF SERVICE

I certify that the attached document : Plaintiff's Case Management Statement was sent by mail to the district office in which the action is brought and as follows unless otherwise indicated below.

U.S. District Court
Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113


Henry M. Paulson Jr.
Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington D. C. 20220


Attorney General Michael Mucasey
U.S. Attorney General's Office
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001


Claire T. Cormier
Assistant United States Attorney
U. S. Department of Justice
Northern District of California
150 Almaden Blvd.
Suite 900
San Jose, CA 95113-2009


June 16, 2008

_____

/s/ M. Pumphrey

_____

M. Pumphrey