UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 15 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR  
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE: 6/18/08  
CASE #: C 07-03333RS

CASE TITLE: SADO LABTIS   VS.   HENRY PAULSON

**Appearances for Plaintiff(s)**

  PRO SE

**Appearances for Defendant(s)**

  CLAIRE CORMIER, AUSA

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   {X}CMC   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | {X} | { } | 1. | TO DISMISS |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT  
Additional Comments: MOTION IS ARGUED.  THE MOTION IS TAKEN UNDER SUBMISSION.  CASE MANAGEMENT CONFERENCE IS HELD.   FURTHER CMC WILL BE CALENDARED.