**\*E-FILED 8/22/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SADO LABTIS, | No. C 07-03333 RS |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| HENRY M. PAULSON, JR., SECRETARY, DEPARTMENT OF THE TREASURY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that a further case management conference in the above entitled matter shall be held on **September 17, 2008 at 2:30 p.m.**, in Courtroom 4, 5th Floor, 280 S. First Street, San Jose, California.

An updated <u>joint</u> case management conference statement shall be filed no later than September 10, 2008.

DATED:     August 22, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier    claire.cormier@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

Dated: 8/22/08

                /s/ BAK
                Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE    2