JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis, | Case No. C 07-3333 RS |
|     Plaintiff, | **DEFENDANT'S FURTHER CASE MANAGEMENT STATEMENT** |
| v. | DATE: September 17, 2008 |
| Henry M. Paulson, Jr., Secretary, Department of the Treasury, | TIME: 2:30 p.m.<br>COURTROOM 4, 5th Floor<br>Honorable Richard Seeborg |
|     Defendant. | |

Pursuant to Local Rule 16-10(d), defendant Henry M. Paulson, Jr., Secretary, Department of the Treasury, submits this Defendant's Further Case Management Statement in order to report progress or changes since the last statement.

**Case Background**

This is an employment discrimination case. Plaintiff alleges that she was hired by the Internal Revenue Service as a Tax Specialist on or about October 15, 2002. In June of 2003, she was injured at work, shortly after having received an unsuccessful performance review. On September 19, 2003, while on medical leave due to her work-related injury, she was terminated.

Plaintiff claims that her termination was discriminatory.  Defendant asserts that she was terminated due to poor performance during her probationary period.

**Status of Pleadings**

Defendant's motion to dismiss was granted with leave to amend.  Plaintiff then filed an amended complaint, which still did not comply with all pleading rules (such as consistent use of numbered paragraphs).  Defendant has filed an answer.

**Disclosures and Discovery**

Defendant proposes that initial disclosures be completed within 10 days of the upcoming case management conference.  As previously reported, defendant anticipates propounding written discovery, as well as taking various depositions, including plaintiff.  If the case proceeds past the summary judgment motion stage, defendant may hire experts on a variety of subjects, possibly including medical issues and economic damages.

**ADR**

Defendant believes that any ADR proceeding is likely to be more useful after some reasonable opportunity for discovery and defendant's anticipated summary judgment motion. However, at the appropriate time, defendant is agreeable to a settlement conference with a Magistrate Judge.

**Scheduling**

Defendant suggests a trial date in approximately one year.  This should allow for some discovery, a summary judgment motion and (if necessary) trial preparation.  Defendant anticipates that trial will take approximately 2-4 court days.

Respectfully submitted,

DATED: September 10, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

Case No. C07-3333 RS
**DEFENDANT'S FURTHER CASE MANAGEMENT STATEMENT**

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that she is an employee of the Office of the United |
| 3 | States Attorney for the Northern District of California and is a person of such age and discretion |
| 4 | to be competent to serve papers.  The undersigned further certifies that she is causing a copy of |
| 5 | the following: |
| 6 | **DEFENDANT'S FURTHER CASE MANAGEMENT STATEMENT** |

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 √   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ____   **PERSONAL SERVICE (BY MESSENGER)**

 ____   **FACSIMILE (FAX)**  Telephone No.:_____

 √   **ELECTRONIC MAIL** to MarilynSL@aol.com

to the party addressed as follows:

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2008, at San Jose, California.

/s/ Claire T. Cormier
_____
Claire T. Cormier

**Case No. C07-3333 RS**
**DEFENDANT'S FURTHER CASE MANAGEMENT STATEMENT**