

September 7, 2008

Honorable Richard Seeborg
U.S. District Court
Northern District of California
San Jose, California

Dear Judge Seeborg:

Your Honor, this is to clarify and confirm that it is not the plaintiff's intention to challenge the order from the court.

Clearly, the plaintiff could use legal training or assistance to allow the opportunity to follow and implement each of the Federal Rules of Civil Procedure to the full extent of the guideline. It is the plaintiff's understanding and assumption that as long as each of the sub-paragraphs are designated with numbers or letters, it will satisfy the guideline. The request for counsel is essentially to eliminate the chance of technical issues as reflected.

Your immediate attention and consideration in this matter is deeply appreciated.

Thanks very much for all the assistance in this case.

Respectfully submitted,

M. Sado Labtis