***E-FILED 9/17/08*ABS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SADO LABTIS, | No. C 07-03333 RS |
| Plaintiff, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| HENRY M. PAULSON, JR., Secretary, Department of the Treasury, | |
| Defendant. | |

A Case Management Conference was held on September 17, 2008.

1. ALTERNATIVE DISPUTE RESOLUTION

SETTLEMENT CONFERENCE. This case is referred to **Magistrate Judge Patricia V. Trumbull** for a settlement conference. Counsel are to contact the settlement judge's clerk, Corrine Lew, at 408/535-5378, for scheduling and settlement conference requirements.

2. DISCOVERY. Initial disclosures shall be completed no later than **September 29, 2008.**

Discovery shall be limited as follows: (a) **ten (10)** non-expert depositions per party; (b) **twenty-five (25)** interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

CASE MANAGEMENT SCHEDULING ORDER

1      3.    <u>FURTHER CASE MANAGEMENT CONFERENCE</u>.  A further case management conference shall be held on **January 14, 2009 at 2:30 p.m.**  An updated joint case management conference statement shall be filed no later than January 7, 2009.

**IT IS SO ORDERED.**

DATED:    September 17, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier     claire.cormier@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

Dated:         9/17/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg