UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED          DATE: 9/17/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                      CASE #: C 07-03333RS

CASE TITLE: SADO LABTIS    VS.    HENRY PAULSON

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 PRO SE                                    CLAIRE CORMIER

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} FURTHER CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }     { }    1.
{ }    { }     { }    2.
{ }    { }     { }    3.
{ }    { }     { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**   { } Cont'd to:           @           For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments:

FURTHER CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:            Copies to: