**\*E-FILED 10/7/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SADO LABTIS,<br><br>            Plaintiff,<br><br>       v.<br><br>HENRY M. PAULSON, JR.,<br>Secretary, Department of the Treasury,<br><br>            Defendant. | Case No.  C 07-03333 RS<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

IT IS HEREBY ORDERED:

1.  That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

2.  That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

3.  The Settlement Conference with **Magistrate Judge Patricia V. Trumbull** shall be completed accordingly to her availability.

Dated: October 7, 2008

RICHARD SEEBORG
United States Magistrate Judge

Case No.  C 07-0333 RS
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                    2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier    claire.cormier@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

Dated:        9/17/08

   /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

Case No.  C 07-0333 RS
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                              3