**United States District Court**
For the Northern District of California

1

2

3                                                                    **\*E-FILED 11/13/08**

4

5

6

7                              UNITED STATES DISTRICT COURT

8                            NORTHERN DISTRICT OF CALIFORNIA

9                                     SAN JOSE DIVISION

10

11    SADO LABTIS,                              | Case No. C 07-03333 RS

12                        Plaintiff,

13            v.                                | **ORDER APPOINTING**
                                                  **SETTLEMENT COUNSEL**
14    HENRY M. PAULSON, JR., Secretary
      Department of the Treasury,
15

16                        Defendant.

17

18

19

20        The court having ordered that this case be assigned to the Assisted Settlement Conference

21    Program, and an unrepresented party having requested and being in need of counsel to assist him or

22    her in the settlement conference, and a volunteer attorney willing to be appointed for the limited

23    purpose of representing the unrepresented party in the settlement conference having been located by

24    the court,

25        IT IS HEREBY ORDERED THAT:

26        **DANIELLE VAN WERT** is appointed Settlement Counsel. This appointment shall be

27    pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted

28

Case No.  C 07-03333 RS
ORDER APPOINTING
SETTLEMENT COUNSEL

United States District Court

For the Northern District of California

1  Settlement Conference Program.  This appointment and limited representation shall end upon the

2  completion of the settlement conference and any follow-up activities ordered by the settlement

3  judge.

4         Settlement Counsel shall notify the court promptly upon the completion of the settlement

5  conference and any follow-up activities.  The court shall then issue an order relieving the Settlement

6  Counsel from his or her limited representation of the unrepresented party.

7         IT IS SO ORDERED.

8  Dated: November 12, 2008

9

10  _____
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C 07-03333 RS
ORDER APPOINTING
SETTLEMENT COUNSEL                    2

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3 | Claire T. Cormier      claire.cormier@usdoj.gov

4 | **AND A COPY OF THIS ORDER WAS MAILED TO:**

5 | Sado Labtis
P. O. Box 2736
6 | Cupertino, CA 95015

7 | Danielle Van Wert, Esq.
Orrick Herrington & Sutcliffe
8 | 1000 Marsh Road
Menlo Park, CA 94025

9

10 | Dated: November 13, 2008

11

12 | /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C 07-03333 RS
ORDER APPOINTING
SETTLEMENT COUNSEL                          3