**\*E-FILED 12/22/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SADO LABTIS, | No. C 07-03333 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| HENRY M. PAULSON, JR., SECRETARY, DEPARTMENT OF THE TREASURY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the further case management conference in the above entitled matter set for January 14, 2009 at 2:30 p.m. is continued to **February 11, 2009 at 2:30 p.m.**

An updated joint case management conference statement shall be filed no later than February 4, 2009.

DATED: December 22, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier     claire.cormier@usdoj.gov

Danielle P. Van Wert     dvanwert@orrick.com, nhermez@orrick.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
P. O. Box 2736
Cupertino, CA 95015

Dated: 12/22/08

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
2