JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

*E-FILED 1/6/09*

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Defendant
Henry M. Paulson, Jr.,
Secretary, Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sado Labtis,<br><br>    Plaintiff,<br><br>v.<br><br>Henry M. Paulson, Jr., Secretary,<br>Department of the Treasury,<br><br>    Defendant. | Case No. C 07-3333 RS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE AND<br>EXTENDING DEADLINE FOR<br>SETTLEMENT CONFERENCE |

    A case management conference was held in this case on September 17, 2008. Shortly thereafter, the case was assigned to the Court's assisted settlement conference program and Danielle Van Wert was appointed as settlement counsel. A settlement conference was scheduled with Magistrate Judge Patricia V. Trumbull on January 21, 2009, and a further case management conference was scheduled for January 14, 2009. The case management conference was recently rescheduled by the Court to February 11, 2009. Plaintiff's deposition commenced on November 25, 2008. However, due to discomfort relating to plaintiff's back problems, the deposition was not finished on that date. Defendant's counsel was then in trial before the Honorable Jeffrey S. White, commencing on December 8, 2008, so plaintiff's deposition has not yet been rescheduled.

Case No. C07-3333 RS
STIPULATION AND [PROPOSED] ORDER RE CMC AND SETTLEMENT CONFERENCE

In order to maximize the utility of the settlement conference, the parties HEREBY STIPULATE AND REQUEST that the deadline for the settlement conference be continued to March 27, 2009, that the currently scheduled settlement conference be vacated, and that the case management conference be rescheduled to April 1, 2009.

Respectfully submitted,

DATED: December ___, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: 12/31/08

_____
SADO LABTIS
Plaintiff

DATED: _____

ORRICK, HERRINGTON & SUTCLIFFE

_____
DANIELLE VAN WERT
Settlement Counsel for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the currently scheduled case management conference and settlement conference are VACATED. The parties are directed to contact the chambers of Magistrate Judge Patricia V. Trumbull to reschedule the settlement conference on or before March 27, 2009. The further case management conference will take place on April 1, 2009 at 2:30 p.m.

DATED: January 6, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Case No. C07-3333 RS
STIPULATION AND [PROPOSED] ORDER RE CMC AND SETTLEMENT CONFERENCE

In order to maximize the utility of the settlement conference, the parties HEREBY STIPULATE AND REQUEST that the deadline for the settlement conference be continued to March 27, 2009, that the currently scheduled settlement conference be vacated, and that the case management conference be rescheduled to April 1, 2009.

Respectfully submitted,

DATED: December 30, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Claire T. Cormier*
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: _____

SADO LABTIS
Plaintiff

DATED: December 23, 2008

ORRICK, HERRINGTON & SUTCLIFFE

*/s/ Danielle Van Wert*
DANIELLE VAN WERT
Settlement Counsel for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the currently scheduled case management conference and settlement conference are VACATED. The parties are directed to contact the chambers of Magistrate Judge Patricia V. Trumbull to reschedule the settlement conference on or before March 27, 2009. The further case management conference will take place on April 1, 2009 at 2:30 p.m.

DATED: _____

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Case No. C07-3333 RS
STIPULATION AND [PROPOSED] ORDER RE CMC AND SETTLEMENT CONFERENCE
2