**\*\*E-Filed 4/4/2009\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SADO LABTIS, | No. 5:07 CV 3333 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| TIMOTHY GEITHNER, Secretary of the Department of the Treasury, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the summary judgment motion hearing set for April 8, 2009, along with all other pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 29, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 3, 2009, at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 3, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Danielle P. Van Wert    dvanwert@orrick.com
Claire T. Cormier       claire.cormier@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Dated: April 3, 2009

                              Chambers Staff
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California