*E-Filed 5/20/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SADO LABTIS,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY GEITHNER, Secretary of the Department of the Treasury,<br><br>    Defendant. | Case No. 5:07 CV 3333 RS<br><br>**ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

  THIS MATTER is before the Court *sua sponte* upon the settlement of this civil action. Upon application by plaintiff Sado Labtis, an unrepresented party, Settlement Counsel Danielle P. Van Wert was designated to educate and assist Labtis in preparation for, participation in, and follow up to a settlement conference in this case. *See* Order Appointing Settlement Counsel, filed November 13, 2008.

  The parties filed a stipulation and agreement regarding their settlement, which the Court approved on May 5, 2009. Accordingly, the Court now removes this case from the Assisted

Case No. 5:07 CV 3333 RS
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM

Settlement Conference Program. This terminates any further responsibilities of Settlement Counsel in this case.

The Court extends its thanks to Settlement Counsel for her efforts in the Assisted Settlement Conference Program, which furthered the administration of justice in the Northern District of California.

IT IS SO ORDERED.

Dated:      5/20/09

RICHARD SEEBORG
United States Magistrate Judge

Case No. 5:07 CV 3333 RS
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM                               2

**THIS IS TO CERTIFY THAT AN ELECTRONIC COPY OF THIS ORDER WAS SERVED UPON THE FOLLOWING PERSONS:**

Danielle P. Van Wert        dvanwert@orrick.com

Claire T. Cormier           claire.cormier@usdoj.gov

**AND A HARD COPY WAS SERVED VIA UNITED STATES MAIL UPON THE FOLLOWING PERSON:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Case No. 5:07 CV 3333 RS
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM                    3