***E-Filed 5/29/09*ABCDE*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SADO LABTIS,

        Plaintiff,

v.

TIMOTHY GEITHNER, Secretary
of the Department of the Treasury,

        Defendant.
_____/

No. 5:07 CV 3333 RS

**ORDER CONTINUING SHOW CAUSE HEARING**

THIS MATTER is before the Court on a notice filed by Timothy Geithner. Notice in Response to Order to Show Cause, filed May 28, 2009. The parties previously indicated that they have entered into a settlement agreement in the above-captioned case. A hearing to show cause why the case should not be dismissed is currently scheduled for June 3, 2009 at 9:30 A.M.

In the instant notice, Geithner requests the show cause hearing be continued for 30 days to enable the parties to complete acts required under the settlement agreement which are pre-requisites to a stipulated dismissal.

The show cause hearing is accordingly continued until July 8, 2009, at 9:30 AM.

IT IS SO ORDERED.

Dated: May 29, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Danielle P. Van Wert	dvanwert@orrick.com
Claire T. Cormier	claire.cormier@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Sado Labtis
236 B East Red Oak Drive
Sunnyvale, CA 94086

Dated: May 29, 2009

                                                  Chambers Staff
                                      Chambers of Magistrate Judge Richard Seeborg